Lewis Jubran Esq. (SBN 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate2@abushararlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ahmed Aoun; Khiria Ali; Mohamed Aoun; Abdulmajed Aoun,** | Case No.: |
| 8350 East Yale Ave., Apt. C, Denver, Colorado 80231<br>Plaintiffs<br>vs. | COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| **United States Department of Homeland Security; United States Citizenship and Immigration Services; Houston Asylum Office; Irvin Gadson,** in his official capacity as Director of the Houston Asylum Office; **Alejandro Mayorkas**, in his official capacity as Secretary, Department of Homeland Security; **Ur M. Jaddou**, in her official capacity as Director, U.S. Citizenship and Immigration Services; **Ted H. Kim**, in his official capacity as Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich**, in his official capacity as Associate Director of USCIS Fraud Detection and National Security Directorate; | |
| Office of General Counsel<br>US Department of Homeland Security<br>Martin Luther King Jr. Ave., SE<br>Washington DC   20528-0485 | |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

1
2 **Christopher A. Wray,** in his official capacity
as Director of Federal Bureau of Investigations

3 Federal Bureau of Investigation
935 Pennsylvania Ave., NW
4 Washington DC   20535-0001

5        Defendants.

6

7

8                    **INTRODUCTION**

9    1.  This action is brought by Plaintiffs Ahmed Aoun, Khiria Ali, Mohamed Aoun and
10
11 Abdulmajed Aoun, by and through their attorney, to request issuance of a writ of mandamus or
12 in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA")
13 ordering Defendants and those acting under them to schedule an interview for an I-589
14 Application for Asylum and for Withholding of Removal.
15    2.  On or about August 21, 2020 Plaintiff Ahmed Aoun submitted an I-589 Application for
16
17 Asylum and Withholding of Removal.   The case was received and processed by the Defendant
18 Houston Asylum Office.   (**Exhibit A- I-589 Application for Asylum and Withholding of**
19 **Removal and Acknowledgement of Receipt**).
20
21    3.  Since Plaintiff's case was received by Defendant Hoston Asylum Office, he has received
22 absolutely no communications whatsoever from Defendants about when the asylum case will be
23 scheduled for an interview.
24    4.  On or about February 3, 2023, Plaintiff Ahmed Aoun was diagnosed with terminal Stage
25
26 4 colon cancer.   (**Exhibit B – Ahmed Aoun medical report**).
27

28 COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 2

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for nearly four years. Plaintiffs seek to compel Defendants, through a writ of mandamus, to schedule the asylum interview for the pending I-589 Application for Asylum and Withholding of Removal.

**PARTIES**

6. Plaintiff AHMED AOUN is from Libya and filed his I-589 Application for Asylum and Withholding of Removal on or about August 21, 2020.   On or about February 3, 2023 he was diagnosed with terminal Stage 4 colon cancer.

7. Plaintiff KHIRIA ALI is the spouse of Plaintiff Ahmed Aoun and is listed as a derivate applicant on her husbands I-589 Application for Asylum and Withholding of Removal.

8. Plaintiffs MOHAMED AOUN and ABDULMAJED AOUN are the minor children of Plaintiffs Ahmed Aoun and Khiria Ali and are listed as derivative applicants on their father's I-589 Application for Asylum and Withholding of Removal.

9. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Houston Asylum Office, and officers named as defendants in this complaint.

10. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the New Orleans Asylum Office and officers named as defendants in this Complaint.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

11. Defendant HOUSTON ASYLUM OFFICE (hereinafter "Houston Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

12. Defendant IRVIN GADSON  (hereinafter "Director Gadson") is the director of the Houston Asylum office.  This suit is brought against Director Gadson in his official capacity, as he is charged overseeing the adjudication of the asylum applications at the Houston Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

13. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security.  This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

14. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application.  This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

15. Defendant TED H. KIM (hereinafter "Associate Director Higgins") is the Associate Director of Refugee, Asylum, and International Operations.  This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the New Orleans Asylum Office, and requires some applications to be

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

16. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

17. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## **JURISDICTION**

18. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

19. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act.  Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

20. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld."  Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline.  *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

**VENUE**

21.      Venue is proper in this Court, pursuant to 28 U.S.C. §1391(e) which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in the action resides.   Because the Defendants are in the District of Columbia, including the United States Department of Homeland Security and its employees, venue is proper in this Court.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

**EXHAUSTION OF REMEDIES**

**22.** Plaintiff has no administrative remedies.  Since Plaintiff Mohammed Ashour submitted his I-589 Application for Asylum and Withholding of Removal, he has received no correspondence or communications whatsoever from Defendant USCIS nor Houston Asylum Office about how much longer he will have to wait for the pending asylum application to be called for an interview.   There are no administrative remedies for neglect of duty.

**CAUSE OF ACTION**

23. Pursuant to 8 U.S.C. §1158, Plaintiff Ahmed Aoun filed an Application for Asylum and Withholding of Removal on or about August 21, 2020.   Since he submitted his I-589 Application for Asylum and Withholding of Removal, he has received no further communication or information from Defendants about when his asylum interview will be scheduled.   On or about February 3, 2023, Plaintiff Ahmed Aoun was diagnosed with terminal Stage 4 colon cancer.

24. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

25. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

26. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii).  It has been nearly four years since Plaintiff Ahmed

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

Aoun submitted his I-589 Application for Asylum and Withholding of Removal and his case has still not been scheduled for an interview.

27.  Plaintiff Ahmed Aoun has no adequate remedy at law and will continue to suffer irreparable harm if his asylum case is not scheduled for an interview.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiffs' claim in this action is clear and certain.  Plaintiffs reallege paragraphs 1 through 28, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to schedule an interview for the pending I-589 Application for Asylum and Withholding of Removal.

30. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm.  Specifically:

a.  Plaintiffs have been irreparably damaged from the fear of not knowing what will happen with the asylum case for nearly four years.  Plaintiff Amed Aoun has been constantly hoping to have the case scheduled for an interview so that he could move on with his life, particularly because he has been diagnosed with terminal Stage 4 colon cancer.  Because

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

of the long wait and unknowing, Plaintiffs are enduring significant psychological damage.

b.   The delay is causing irreparable harm to Plaintiffs who are not able to continue with their lives in the United States without fear of returning to Libya, a country where they will more likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Ahmed Aoun's application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Ahmed Aoun's I-589 Application for Asylum and Withholding of Removal and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff Ahmed Aoun has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail.  Only the Houston Asylum Office is able to make decisions on the scheduling of an interview for the pending I-589 Application(s) for Asylum and Withholding of Removal, leaving no adequate remedy.  Accordingly, Plaintiff has been forced to pursue the instant action.

## **PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.  Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

    c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Ahmed Aoun's Asylum and Withholding of Removal application by scheduling an asylum interview;

    e.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

    f.  Grant such other relief at law and in equity as justice may require.

Dated this May 1, 2024              Respectfully Submitted,

/s/ Lewis Jubran

Lewis Jubran, Esq.
Counsel for Plaintiffs

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

1

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF AND FOR A**

2

**WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

3

**AOUN v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.**

4

5

6

| Exhibit | Description | Page |
|---------|-------------|------|
| A | I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt | 1-13 |
| B | April 29, 2024 Medical Report for Ahmed Aoun | 14-26 |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 11

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 09/30/2022

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) | 3. USCIS Online Account Number (if any) |
|---|---|---|
| N/A | N/A | N/A |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| Aoun | Ahmed | Mohamed Ahmed |

**7.** What other names have you used (include maiden name and aliases)?
N/A

**8.** Residence in the U.S. (where you physically reside)

| Street Number and Name | Apt. Number |
|---|---|
| 8350 E YALE AVE. | K107 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Denver | CO | 80231 | (720) 323-4401 |

**9.** Mailing Address in the U.S. (if different than the address in Item Number 8)

| In Care Of (if applicable): | Telephone Number |
|---|---|
| N/A | N/A |

| Street Number and Name | Apt. Number |
|---|---|
| N/A | N/A |

| City | State | Zip Code |
|---|---|---|
| N/A | N/A | N/A |

| 10. Gender: ☒ Male ☐ Female | 11. Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
|---|---|

| 12. Date of Birth (mm/dd/yyyy) | 13. City and Country of Birth |
|---|---|
| 08/26/1976 | Tripoli          LIBYA |

| 14. Present Nationality (Citizenship) | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| LIBYA | Libya | Arab, Alazeeb tribe | Muslim |

**18.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

**a.** When did you last leave your country? (mm/dd/yyyy) 01/17/2020 **b.** What is your current I-94 Number, if any? 473063609A2

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 02/02/2020 | Denver, CO | H4 | 09/17/2020 |
| 08/13/2014 | New York, NY | F2 | |
| 06/20/2012 | Chicago, IL | F2 | |

| 20. What country issued your last passport or travel document? | 21. Passport Number AA239543 | 22. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| LIBYA | Travel Document Number N/A | 09/22/2027 |

| 23. What is your native language (include dialect, if applicable)? | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| Arabic | ☐ Yes ☒ No | None |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: ___ Asylum Officer ID No.: ___ | Decision: Approval Date: ___ Denial Date: ___ Referral Date: ___ |
|---|---|---|---|

N/A

Form I-589 (Rev. 09/10/19) N

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | 297361 | 03/08/1983 | 692991445 |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Other names used *(include maiden name and aliases)* |
|---|---|---|---|
| Ali | Khiria | Muftah Abdusalam | N/A |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| 07/26/2009 | Tarhuna, Libya | Tarhuna   LIBYA |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| LIBYA | Arab, Awlad Ahmed tribe | ☐ Male  ☒ Female |

**15. Is this person in the U.S.?** ☒ Yes *(Complete Blocks 16 to 24.)*  ☐ No *(Specify location):* N/A

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| Boston   MA | 04/13/2019 | 83542265756 | H-1B |

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| H-1B | 09/17/2023 | ☐ Yes  ☒ No | 08/13/2014 |

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part. A.III., Information about your background.)*

☒ I have children.   Total number of children: **2**

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | 720653 | Single | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| Aoun | Mohamed | Ahmed Mohamed | 08/06/2011 |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Qasr bin Ghashir   LIBYA | LIBYA | Arab, Alazeeb tribe | ☒ Male  ☐ Female |

**13. Is this child in the U.S.?** ☒ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):* N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| Boston   MA | 04/13/2019 | 83541696456 | H-4 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| H-4 | 09/17/2020 | ☐ Yes  ☒ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

2.

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | 530373043 | Single | 130815100 |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Aoun | Abdulmajed | Ahmed | 01/29/2015 |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Englewood  UNITED STATES OF AMERICA | USA | Arab-American, Alazeeb tribe | ☒ Male    ☐ Female |

**13. Is this child in the U.S. ?** ☒ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | 04/13/2019 | N/A | US Citizen |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| US Citizen | N/A | ☐ Yes   ☒ No |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | Single | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male    ☐ Female |

**13. Is this child in the U.S. ?** ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☒ No |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male    ☐ Female |

**13. Is this child in the U.S. ?** ☐ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☒ No |

**21. If in the U.S., is this child to be included in this application?** (Check the appropriate box.)
☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☒ No

3

## Part A.III. Information About Your Background

**1.** List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Alkhadraa Street | Tarhuna | N/A | LIBYA | 04  2019 | 01  2020 |
| N/A | N/A | N/A | N/A | N/A | N/A |

**2.** Provide the following information about your residences during the past 5 years.  List your present address first.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 8350 E YALE AVE., # K-107 | Denver | CO | USA | 02  2020 | Present |
| Alkhadraa Street | Tarhuna | N/A | Libya | 03  2019 | 01  2020 |
| 8350 E YALE AVE., Apt. K-107 | Denver | CO | USA | 09  2017 | 03  2019 |
| 8350 E. Yale Ave, Apt. B-304 | Denver | CO | USA | 11  2014 | 09  2017 |
| N/A | N/A | N/A | N/A | N/A | N/A |

**3.** Provide the following information about your education, beginning with the most recent school that you attended.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Ahmed Albaz | Quran School | Zletin, Libya | 06  1996 | 11  1998 |
| Taha Sharef Bin Amer | Middle School | Alkhadraa, Tarhuna, Libya | 09  1990 | 05  1992 |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |

**4.** Provide the following information about your employment during the past 5 years.  List your present employment first.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

**5.** Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Aoun, Salema | Alkhadraa, Tarhuna  LIBYA | ☒ Deceased N/A |
| *Father* Aoun, Mohamed | Alkhadraa, Tarhuna  Libya | ☐ Deceased Alkhadraa, Tarhuna  Libya |
| *Sibling* Aoun, Halima | Alkhadraa, Tarhuna  LIBYA | ☒ Deceased N/A |
| *Sibling* Aoun, Ibrahim | Alkhadraa, Tarhuna  LIBYA | ☐ Deceased Alkhadraa, Tarhuna  Libya |
| *Sibling* Aoun, Yosef | Alkhadraa, Tarhuna  LIBYA | ☐ Deceased Alkhadraa, Tarhuna  Libya |
| *Sibling* Aoun, Naser Addin | Alkhadraa, Tarhuna  LIBYA | ☐ Deceased Alkhadraa, Tarhuna  Libya |

4

## Part B: Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

☒ Race       ☒ Political opinion

☐ Religion       ☒ Membership in a particular social group

☐ Nationality       ☒ Torture Convention

---

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No       ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> While visiting Libya in September 2019, I was detained by a combination of militias for several hours where I was interrogated at gunpoint, hit, insulted, and threatened with death, in part because my national ID and license plate showed I was from Tarhuna. My car, cell phone, and money were confiscated. They presumed I may be with a rival militia or politically support the army led by General Haftar, which is common in Tarhuna.
>
> My uncle is one of the tribal leaders of the Alazeeb tribe and one of the leaders of Tarhuna City, and has been forced by competing militias to broadcast their messages. My uncle's house has been damaged because militia members came and tried to destroy it.
>
> My brother, Naser Addin, was detained by the Elnaaja Militia. He was interrogated at gunpoint.
>
> Another brother, Ibrahim, was also threatened and interrogated at gunpoint by a combination of militias.
>
> My nephew, Mohamed, was also detained and kidnapped by a militia. He was also interrogated at gunpoint by militia members looking for my uncle.
>
> Additional information will be provided at the interview and in supporting materials.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No       ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> I am afraid that my family and I will be detained, tortured, and may be murdered in Libya by members of armed groups and militias. My uncle is a tribal and city leader in our hometown who has been forced to take sides with militias, and I am affiliated with him through our family and tribe, and presumed to hold his opinions. I am also from Tarhuna, a region that carries allegiance to General Haftar's army, so I am presumed to also hold that allegiance.
>
> My wife is in danger as a professor at Al-Zaytuna University. Professors and academics have been kidnapped and killed by militias.
>
> Additional information will be provided at the interview and in supporting materials.

**Part B: Information About Your Application (Continued)**

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☐ No   ☒ Yes

If "Yes," explain the circumstances and reasons for the action.

> As described in 1.A, I was detained by a militia, not the police, and interrogated. Several members of my family have also been detained by different militias not associated with law enforcement. No one in my family has been arrested or charged with a crime by official law enforcement.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No   ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> My uncle is a tribal leader of the Alazeeb tribe in Tarhuna and a leader of Tarhuna. I am also a member of the Alazeeb tribe and Muslim, as are my children. My wife is a member of the Awlad Ahmed tribe, Muslim, and a professor at Al-Zaytuna University.
>
> My family owns a printing press. We had to close the business due to the siege and conflict of Tarhuna.
>
> Additional information will be provided at the interview and in supporting materials.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☐ No   ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

> My uncle remains a tribal leader of the Alazeeb tribe. He did have to flee from Tarhuna due to threats of violence against him. Our tribal membership, religion (Muslim), and my wife's association with the university remain.
>
> I still own the printing press with my brothers, but it is closed.
>
> Additional information will be provided at the interview and in supporting materials.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No   ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> I fear being detained or kidnapped and tortured if I return to Libya for my imputed political opinion because of where I am from and my tribal membership, as well as my relationship to my uncle, who has been forced to make statements in support of rogue militias.
>
> My wife may also be kidnapped and tortured for her associations with me and the university.
>
> Additional information will be provided at the interview and in supporting materials.

## Part C: Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No          ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

   | N/A |
   |---|

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☐ No          ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☒ No          ☐ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   | In January 2020, I was not able to go to the airport in Tripoli, Libya, so I had to drive to Tunisia. I went from Tunisia to Turkey to get my visa, and then through Germany on my way to the United States earlier this year. I do not have lawful status or permission to remain in any of those countries on a long-term basis. |
   |---|

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No          ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

   | N/A |
   |---|

## Part C. Additional Information About Your Application (Continued)

4.  After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

N/A

5.  Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

N/A

6.  Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

N/A



## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| **Ahmed Mohamed Ahmed Aoun** | **Arabic:** أحمد محمد أحمد عون |

Did your spouse, parent, or child(ren) assist you in completing this application?   ☒ No   ☐ Yes *(If "Yes," list the name and relationship.)*

| **N/A** | **N/A** | **N/A** | **N/A** |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No   ☒ Yes *(If "Yes,"complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☐ No   ☒ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ _____ ]   08/19/2020

Sign your name so it all appears within the brackets   Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | **Kristin A. Knudson** |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| **(303) 974-7758** | **550 S Wadsworth Blvd, Suite 302** |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| **302** | **Lakewood** | **CO** | **80226** |

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) **40895** | Attorney or Accredited Representative USCIS Online Account Number (if any) **0 9 8 7 1 1 4 5 6 4 6 8** |
|---|---|---|---|

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

10

Supplement A, Form I-589

| A-Number *(If available)* | Date |
|---|---|
| N/A | 08/19/2020 |
| Applicant's Name | Applicant's Signature |
| Ahmed Mohamed Ahmed Aoun | |

### List All of Your Children, Regardless of Age or Marital Status
(NOTE: *Use this form and attach additional pages and documentation as needed, if you have more than four children*)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A ☑ | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male   ☐ Female |

| 13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A |
|---|

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☑ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☑ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A ☑ | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A | N/A | N/A | ☐ Male   ☐ Female |

| 13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* N/A |
|---|

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes   ☑ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☑ No

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| **N/A** | 08/19/2020 |
| Applicant's Name | Applicant's Signature |
| **Ahmed Mohamed Ahmed Aoun** | مهند |

**NOTE:** *Use this as a continuation page for any additional information requested.  Copy and complete as needed.*

Part     **A.III**

Question     **5**

**Additional Siblings:**

**Name: Aoun, Omran;**
**City of Birth:Alkhadraa, Tarhuna**
**Country of Birth:LIBYA**
**Deceased: No**
**Current Location:  Alkhadraa, Tarhuna, Libya**

12



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | |
|---|---|
| **Receipt Number** ZHN2045767670 | **Case Type** I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** 08/21/2020 | **Priority Date** | **Applicant** A218 005 075 AOUN, AHMED MOHAMED AHMED |
| **Notice Date** 08/28/2020 | **Page** I of I | |

AHMED AOUN
c/o KRISTIN KNUDSON
KNUDSON AND ASSOCIATES LLC
550 S WADSWORTH BLVD
STE 302
LAKEWOOD CO 80226

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

### *** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 08/21/2020. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number | Name |
|---|---|
| A218 005 075 | AOUN, AHMED |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Houston Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
16630 Imperial Valley Drive, Suite 200
Houston TX 77060



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  04/01/19

13

**EXHIBIT B**

5/1/24, 9:17 AM                          Aoun, Ahmed (MRN 7241300) DOB: 08/26/1976



# Aoun, Ahmed                                                          MRN: 7241300

 **Parsons, Emily Marie, FNP**     Progress Notes      Encounter Date: 4/29/2024
Nurse Practitioner               Signed
Specialty: Nurse Practitioner

## Plan
**Assessment and Plan:**
47 y/o man with colon cancer

### # Sigmoid colon cancer--pMMR, KRAS G12V, BRAF, NRAS WT
With multifocal hepatic metastatic disease, indeterminate small lung nodules
Started on FOLFOX on 3/8/2023 with poor tolerance, required dose reductions and discontinuation of oxaliplatin with C3
Switched to FOLFIRI bevacizumab after C9 in hopes of improved tolerance and improved response
Interval CT images showed stable to continued improvement in hepatic metastatic disease; indeterminate lung nodules are not avid on recent PET/CT scan
He returns today for consideration of C17 of treatment after treatment break since 3/6:
-- Restaging imaging shows small interval increase in hepatic disease along with increase in TM; not surprising given recent treatment break.
-- Has been tolerating chemo well overall
-- Labs today reviewed, OK for treatment
-- Will proceed with C18 of treatment with FOLFIRI plus bev
-- Consider transitioning to maintenance after regimen in near future; deferring today given TM trend and scan findings after treatment break.

### # Abdominal pain
Midline, epigastric.  Remains intermittent.
Oxycodone as needed, taking rarely; bowel regimen as below
-- Worse in last 1-2 weeks in setting of recent chemo hold
-- CTM with treatment resumption
- 4/29: improving with chemo

### # Constipation, improved
Resulting in ED visit 12/1/2023, with CT scan with moderate stool in the rectum without colonic/ rectal inflammatory changes
Now with regular bowel movements with BID senna and miralax; will continue
Lactulose PRN if no BM in 2 days
No issues right now.

### # BPH
### # Testicular concern
Most recent scan with note of enlarged prostate; today we reviewed this finding including continued monitoring of urinary symptoms (denies currently), with consideration of tamsolusin if worsening. Ahmed also notes non-acute testicular concern today, not comfortable discussing in clinic but is interested in urology referral to review further. No acute concerns.

### # Mucositis
Significant with prior cycles, improved with more recent cycles
Continue baking soda and salt rinses with treatment, First Mouthwash as needed
- 4/29: Mouth sores present still. One mostly-healed sore seen on exam.
- Marys magic didn't help. Salt and soda is more effective. Encouraged soft foods. Doesn't feel he needs anything else for pain.

                                                                              I4

## # Rhinitis/nosebleeds
Has had prior issues with bloody congestion. Tried saline spray without much improvement.
- Will send  for flonase.
- Also suggested saline rinse.
- 4/29: Still having some nosebleeds.- about one tablespoon of blood lost in an episode.
- Platelets are good -285 today.
- Nasal saline spray not helping.
- Advised to try afrin OTC
- ENT referral sent
- Still OK to treat

## # CINV
Currently adequately controlled
Will continue same premeds of emend, aloxi, dexamethasone
Continue home PRN medications
Avoiding olanzapine and prochlorperazine due to concern this was contributing to prior tremor

## # Speech issues and leg weakness, improving
## # Intermittent tremor
Minor stutter at baseline, though increased issues with speech with initial FOLFOX treatments, as well as intermittent tremors
MRI brain without acute findings
Concern that this could be related to oxaliplatin, and/or olanzapine and prochlorperazine
Notable improvement with holding all 3 drugs
Continue to monitor

## # Lung nodules
Two R apical lung nodules
Somewhat irregular in appearance, though could represent metastatic disease
Stable on recent imaging, negative on PET CT
Low concern for metastatic involvement in this case

## # Anemia
Consistent with component of iron deficiency by labs at Denver Health, as well as contributions from chemotherapy and underlying disease
S/p IV iron; H/H stable 2/21/24

## # Follow-up
In 2 weeks for next treatment

Cancer Staging
Cancer of sigmoid colon (HC CODE)
  Staging form: Colon and Rectum, AJCC 8th Edition
    - Clinical: Stage IVA (cTX, cNX, pM1a) - Signed by Davis, Sarah Lindsey, MD on 2/28/2023


ECOG Performance Status of(1) Restricted in physically strenuous activity, ambulatory and able to do work of light nature



## Subjective ⌃
**Subjective:**
Ahmed is a 47 y.o. male who presents to UCHealth University of Colorado Cancer Center - Anschutz Medical Campus for Consultation - Return Patient (Entered by patient in MHC)

## HPI
**Oncologic History**
Presented to Denver Health with hematochezia x4 years and abdominal pain with decreased appetite and fatigue. Hgb 7.5 on admission with iron 12.
2/6/23 CT AP: 2.8 cm circumferential thickening in the sigmoid, small 5 mm lymph node in the mesentery adjacent to the colon thickening, and 4mm central mesenteric node. Hepatic metastases.
2/8/23 Colonoscopy (outside):  A fungating partially obstructing large mass in the sigmoid colon vs distal descending

colon. The mass was circumferential and measured 5 cm in length. An adult colonoscope was unable to traverse the mass. Rectum transverse colon and ascending colon appeared normal. **PATH:** *Invasive adenocarcinoma, moderately differentiated. MLH1: intact, MSH2: Intact, MSH 6 Intact, PMS2: intact. No loss of nuclear expression of MMR, low probability of MSI-H.*

**2/23 LABS:** H/H 9.4/32.3, wbc 8.7, PLT 516. **CEA 1103.3**, T bili 0.6, D Bili 0.2, Alk Phos 163, AST 49, ALT 25. Iron 12, TIBC 336.

**2/23/23 Labs:** H/H: 9.4/31.6, WBC 7.8, PLT 735, BMP WNL, Alk Phos 233, AST 39, AST 41, PT/INR: 14.3/1.1, **CEA 1736**

**2/23/23 CT CHEST:** RUL perivascular nodule, possible metastatic lesion, 2nd smaller apical lung nodule.

**3/8/2023:** Started FOLFOX

**4/8/2023:** CT AP- 1. No acute findings in the abdomen or pelvis.

2. Compared to 4/3/2023, stable to slightly decreased size of the multifocal hepatic metastases.

3. Similar-appearing primary sigmoid tumor.

**4/24/2023 CT AP** Similar appearance of primary tumor and hepatic metastases.

**6/23/2023 CT AP** Overall stable

**7/24/23 C1D1 FOLFIRI bevacizumab;** treatment switch due to poor tolerance

**8/18/23 CT CAP** With stable lung nodules; slight interval decrease in size of liver metastases

**10/11/23 CT CAP** With stable lung nodules; slight interval decrease in size of liver metastases

**11/10/23 PET/CT** with avid focus in sigmoid colon and avid liver metastases; lung nodules without uptake.

**12/1/2023 CT A/P-** No acute findings in the abdomen/pelvis.

Moderate stool in the rectum without evidence of acute colonic or rectal inflammatory change.

Unchanged hepatic metastatic disease

**2/1/24 CT C/A/P** shows persistent large bilobar hepatic metastisis, slightly progressive narrowing of sigmoid lumen, and stable lung nodules.


**Interval History 4/29**
Exam completed with an in-person Arabic translator.
Some weakness and dizziness for first 3 days after chemo. Better now.
Denies falls, dizziness with movements. Denies vision changes.
Had chills for one day. No fever. Resolved.
No nausea/vomiting.
CEA slightly elevated today. Consulted with Dr. Davis - she feels this is from his chemo holiday in March. Just had CT scan on 4/11. Stable for now.
Denies SOB, cough, chest pain.
Vitals and weight stable.
Labs OK for treatment. C18 D1 FOLFIRI w/Bev today.


**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • fluticasone propionate (FLONASE) 50 mcg/actuation nasal spray | Use 2 sprays in each nostril daily for Chronic Non-Allergic Rhinitis. (Patient not taking: Reported on 4/2/2024) | 48 g | 4 |
| • lactose-reduced food (ENSURE PO) | Take 1 Container by mouth 2 times daily as needed for meal replacement. (Patient not taking: Reported on 1/16/2024) | | |
| • lactulose (ENULOSE) 20 gram/30 mL ORAL solution | Take 15 mLs by mouth 3 times daily as needed for constipation. (Patient not taking: Reported on 4/2/2024) | 2700 mL | 0 |

16

Aoun, Ahmed (MRN 7241300) DOB: 08/26/1976

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| • lidocaine-diphenhydramine-alum-mag-simeth (FIRST-MOUTHWASH BLM) 25-200-400-40 mg/30mL suspension | Swish and spit 15 mLs every 4 hours as needed for Chemotherapy-Induced Mucositis, mucositis. (Patient not taking: Reported on 4/2/2024) | 474 mL | 4 |
| • lidocaine-prilocaine (EMLA) topical cream | Apply 1 each topically as follows for use with port. Apply to port site 30-60 minutes prior to port access for chemotherapy. (Patient taking differently: Apply topically as follows for use with port. Apply to port site 30-60 minutes prior to port access for chemotherapy.) | 30 g | 1 |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 tablet by mouth nightly at bedtime for Cancer Chemotherapy-Induced Nausea and Vomiting. (Patient not taking: Reported on 1/16/2024) | 30 tablet | 0 |
| • naloxone (NARCAN) 4 mg/actuation nasal spray | for Opioid Toxicity. Call 911. Administer a single spray into one nostril. If no response after 3 minutes repeat dose in other nostril. | 2 each | PRN |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 tablet by mouth every 8 hours as needed for nausea/vomiting. (Patient not taking: Reported on 4/2/2024) | 30 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 8 mg disintegrating tablet | Take 1 tablet by mouth every 8 hours as needed for Nausea or Vomiting for nausea and vomiting. (Patient not taking: Reported on 4/2/2024) | 90 tablet | 4 |
| • oxyCODONE (ROXICODONE) 5 mg immediate release tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. (Patient not taking: Reported on 4/2/2024) | 30 tablet | 0 |
| • polyethylene glycol packet (MIRALAX) packet | Take 17 g by mouth 2 times daily. | | |
| • senna (SENOKOT) 8.6 mg tablet | Take 2 tablets by mouth nightly as needed for Constipation for constipation. | 60 tablet | 3 |
| • simethicone (MYLICON) 125 mg chewable tablet | Take 1 tablet by mouth every 6 hours as needed (abdominal cramping) for abdominal cramping. | 60 tablet | 0 |

17

Aoun, Ahmed (MRN 7241300) DOB: 08/26/1976

(Patient not taking:
Reported on 4/2/2024)

**Current Facility-Administered Medications on File Prior to Visit**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Admin |
|---|---|---|---|---|---|---|
| • heparin flush 100 unit/mL injection 500 Units | 500 Units | Intra-catheter | PRN | Davis, Sarah Lindsey, MD | | 500 Units at 04/17/2 4 1440 |

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal:  Positive for abdominal pain.  .
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.


**Objective** ⌃
**Objective**
There were no vitals taken for this visit.


**Physical Exam**
Constitutional:
   General: He is not in acute distress.
   Appearance: He is not ill-appearing.
HENT:
   Head: Normocephalic and atraumatic.
Eyes:
   General: No scleral icterus.
   Conjunctiva/sclera: Conjunctivae normal.
Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
   Effort: Pulmonary effort is normal. No respiratory distress.
Abdominal:
   General: Bowel sounds are normal.
   Palpations: Abdomen is soft. There is no mass.
   Tenderness: There is no guarding.
Musculoskeletal:
   Cervical back: Normal range of motion and neck supple.

Skin:
   General: Skin is warm and dry.
   Coloration: Skin is not jaundiced.
   Findings: No bruising or rash.
Neurological:
   General: No focal deficit present.
   Mental Status: He is alert. Mental status is at baseline.
Psychiatric:
   Behavior: Behavior normal.
   Thought Content: Thought content normal.
   Judgment: Judgment normal.

18

Aoun, Ahmed (MRN 7241300) DOB: 08/26/1976

**DATA**
**Recent Results (from the past 24 hour(s))**
**Carcinoembryonic Antigen**
    Collection Time: 04/29/24  9:21 AM

| Result | Value | Ref Range |
|---|---|---|
| Carcinoembryonic Antigen DXI | 65.6 (H) | 0.0 - 3.0 ng/mL |

**CBC Oncology**
    Collection Time: 04/29/24  9:21 AM

| Result | Value | Ref Range |
|---|---|---|
| White Blood Cell Count | 6.0 | 4.0 - 11.1 10*9/L |
| Red Blood Cell Count | 4.72 (L) | 4.76 - 6.09 10*12/L |
| Hemoglobin | 13.1 (L) | 14.3 - 18.1 g/dL |
| Hematocrit | 40.7 | 39.2 - 50.2 % |
| Mean Corpuscular Volume | 86.2 | 80.0 - 100.0 fL |
| Mean Corpuscular Hemoglobin | 27.8 | 27.5 - 35.1 pg |
| Mean Corpuscular Hemoglobin Concentration | 32.2 | 32.0 - 36.0 g/dL |
| Platelet Count | 285 | 150 - 400 10*9/L |
| Red Cell Distribution Width CV | 15.3 (H) | 11.7 - 14.2 % |
| NRBC Percent | 0.0 | <=0.0 % |
| NRBC Absolute | 0.00 | 0 - 0.1 10*9/L |
| Neutrophil Percent | 71.3 | % |
| Lymphocyte Percent | 22.3 | % |
| Monocytes Percent | 4.9 | % |
| Eosinophils Percent | 1.0 | % |
| Basophils Percent | 0.2 | % |
| Immature Granulocytes Percent | 0.3 | % |
| Neutrophils Absolute | 4.3 | 1.8 - 6.6 10*9/L |
| Lymphocyte Absolute | 1.3 | 1.0 - 4.8 10*9/L |
| Monocytes Absolute | 0.3 | 0.2 - 0.9 10*9/L |
| Eosinophils Absolute | 0.1 | 0.0 - 0.4 10*9/L |
| Basophils Absolute | 0.0 | 0.0 - 0.2 10*9/L |
| Immature Granulocytes Absolute | 0.0 | 0.0 - 0.05 10*9/L |

**Comprehensive metabolic panel**
    Collection Time: 04/29/24  9:21 AM

| Result | Value | Ref Range |
|---|---|---|
| Sodium Serum/Plasma | 142 | 133 - 145 mmol/L |
| Potassium Serum/Plasma | 3.6 | 3.5 - 5.1 mmol/L |
| Chloride Serum/Plasma | 109 (H) | 98 - 108 mmol/L |
| Carbon Dioxide | 23 | 21 - 31 mmol/L |
| Anion Gap | 10 | 4 - 16 mmol/L |
| Glucose Serum/Plasma | 129 | 70 - 199 mg/dL |
| Blood Urea Nitrogen | 18 | 7 - 25 mg/dL |
| Creatinine Serum/Plasma | 0.93 | 0.70 - 1.30 mg/dL |
| Estimated GFR | >90 | >=60 mL/min/1.73 "square meters" |
| Calcium Serum/Plasma | 9.0 | 8.6 - 10.3 mg/dL |
| Bilirubin Total | 0.4 | 0.1 - 1.3 mg/dL |
| Alkaline Phosphatase Total | 149 (H) | 39 - 117 U/L |
| Alanine Aminotransferase | 23 | 7 - 52 U/L |
| Aspartate Aminotransferase | 24 | 12 - 39 U/L |
| Protein Total Serum/Plasma | 7.1 | 6.4 - 8.9 g/dL |
| Albumin | 4.1 | 3.5 - 5.7 g/dL |

**Magnesium Serum**
    Collection Time: 04/29/24  9:21 AM

| Result | Value | Ref Range |
|---|---|---|
| Magnesium Serum/Plasma | 2.0 | 1.6 - 2.6 mg/dL |

**Phosphorus Serum/Plasma**
    Collection Time: 04/29/24  9:21 AM

| Result | Value | Ref Range |
|---|---|---|
| Phosphorus Serum/Plasma | 2.4 (L) | 2.5 - 5.0 mg/dL |

**Urine Dip Only**

19

Aoun, Ahmed (MRN 7241300) DOB: 08/26/1976

Collection Time: 04/29/24  9:21 AM

| Result | Value | Ref Range |
|---|---|---|
| Color Urine | Amber | |
| Appearance Urine | Clear | Clear |
| Specific Gravity Urine | 1.030 | 1.001 - 1.035 |
| pH Urine | 5.0 | 5.0 - 8.0 |
| Protein Urine | 30 (A) | Negative mg/dL |
| Glucose Urine | Negative | Negative mg/dL |
| Ketones Urine | Trace (A) | Negative mg/dL |
| Bilirubin Urine | Negative | Negative |
| Blood Urine | Negative | Negative |
| Nitrite Urine | Negative | Negative |
| Urobilinogen Urine | <2.0 | <2.0 EU/dL |
| Leukocyte Esterase Urine | Negative | Negative |

I was present with student Emily Schad who participated in the care of this patient. I personally performed or reperformed the history, exam and medical decision making.

This note is available to patients upon being signed by me, Emily Parsons, NP. If you are a patient and have any questions regarding any information documented in this note or any results in your chart, please send our clinic a message via My Health Connection or call our clinic during business hours (720-848-3532). Please allow 1-2 business days for response.

Antineoplastic treatment side effects discussed.  Return criteria discussed.

I personally spent a total of 40 minutes on this patient encounter, 30 minutes of which was spent face-to-face counseling/coordination of this patient's care, including toxicity management, supportive care, and planning follow-up.

Complexity given by treatment-related toxicity, and multiple symptomatic concerns. We coordinated with clinical team for instructions, follow-up and future appointments.

Emily Parsons APRN
GI/Phase I Department
CARE Clinic
University of Colorado Cancer Center
Anschutz Campus

Electronically signed by Parsons, Emily Marie, FNP at 4/30/2024  1:03 PM

Office Visit on 4/29/2024     *Note viewed by patient*

## Additional Documentation

Vitals:     BP 118/63 (BP Location: LA, Patient Position: Sitting) Pulse 74 Temp 36.4 °C (97.6 °F) (Temporal) Resp 16 Wt 59.3 kg (130 lb 12.8 oz) SpO2 97% BMI 20.65 kg/m² BSA 1.67 m²

Flowsheets: Patient-Reported Data, PDMP NARxCHECK Scores, Vitals & Pain, RT Assessment, Vitals Reassessment, HT/WT & Screenings, Anthropometrics, MST Nutrition Screening Tool, Screening Data, Domestic Abuse

## Revision History Audit Trail

2.0

5/1/24, 9:17 AM                              Aoun, Ahmed (MRN 7241300) DOB: 08/26/1976

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| 4/30/2024  1:03 PM | Parsons, Emily Marie, FNP | Nurse Practitioner | Sign |
| 4/30/2024  1:02 PM | Parsons, Emily Marie, FNP | Nurse Practitioner | Sign when Signing Visit |
| 4/29/2024  1:57 PM | Schad, Emily | Advance Practice Provider Student | Sign when Signing Visit |
| 4/29/2024  1:48 PM | Schad, Emily | Advance Practice Provider Student | Sign when Signing Visit |
| 4/29/2024 11:12 AM | Schad, Emily | Advance Practice Provider Student | Sign when Signing Visit |
| 4/29/2024 11:07 AM | Schad, Emily | Advance Practice Provider Student | Sign when Signing Visit |
| 4/29/2024 10:41 AM | Schad, Emily | Advance Practice Provider Student | Sign when Signing Visit |

## Communications


## Linked Episodes

ONCOLOGY TREATMENT Noted 2/23/2023
ONCOLOGY SUPPORTIVE CARE Noted 2/28/2023
ONCOLOGY SUPPORTIVE CARE - ADDITIONAL Noted 3/16/2023

## Orders Placed

AMB REF TO ENT - AMC ENT Authorized

## Medication Changes
As of 4/29/2024 10:35 AM

None

## Visit Diagnoses

Primary: **Cancer of sigmoid colon (HC CODE)** C18.7
Nausea R11.0
Constipation, unspecified constipation type K59.00
Left flank pain R10.9
Generalized abdominal pain R10.84

21

5/1/24, 9:15 AM                                   Aoun, Ahmed (MRN 7241300)

# CT CHEST/ABD/PELV W CONTRAST [IMG1428]

Status: **Final result**

## PACS Images

(Link Unavailable) Show images for CT
CHEST/ABD/PELV W CONTRAST

## CT CHEST/ABD/PELV W CONTRAST: Patient Communication

Released                                          Seen

## Study Result

**Result Impression**  Liver metastases are slightly larger over the interval. Stable right upper
lung nodules, again possibly unrelated to the primary malignancy given
that they haven't followed the size trend of the liver metastases in
particular.

CONTACT INFORMATION:

_____
This exam was interpreted by a University of Colorado School of Medicine
radiology physician. If there are any questions regarding this report or
other radiology questions, please feel free to contact a radiologist
directly at 720-848-RADS (7237) or if in the UCH hospital or clinics at 8-
RADS.

Final Report E-Signed By: TOSHIMASA CLARK, MD at 4/11/2024 9:06 PM
WSN:RAD-D-C7KJZC3

**Result Narrative**  EXAMINATION: CT OF THE CHEST, ABDOMEN, AND PELVIS WITH IV CONTRAST

DATE: 04/11/2024, 1641.

INDICATION: Colon cancer, assess treatment response

Was there a contrast reaction? No
Was there a contrast or saline extravasation? No.

TECHNIQUE: Transaxial images of the chest, abdomen, and pelvis were
obtained from the apex of the lungs to the ischial tuberosity according to
according to routine chest, abdomen, and pelvis protocol.

CONTRAST: Isovue 370
IMMEDIATE ADVERSE EVENT: None

COMPARISON: 2/1/24

FINDINGS:

CHEST:

Right sided implanted port, tip at cavoatrial junction.

Thyroid: No thyroid lesions.

Thoracic inlet: No adenopathy.

22

5/1/24, 9:15 AM                              Aoun, Ahmed (MRN 7241300)

Mediastinum and hila: There is no significant mediastinal or hilar
lymphadenopathy.

Heart and great vessels: The heart is normal in size. There are no
significant coronary artery calcifications. No pericardial effusion. Great
vessels are normal.

Lungs, airway, and pleura: Stable right upper lobe nodules, such as an
elongated 11 mm nodule (901/26), 11 mm before with a similar axis.

No pleural effusion.

Breasts and axilla: Normal. No adenopathy.

ABDOMEN AND PELVIS:

Liver: Liver metastases are stable in number (at least 8 confluent
lesions, both lobes), slightly larger. Two index lesions showing this:

- segment 2, 59 x 37 mm (5/95), 58 x 28 mm on the prior (5/86)
- segment 7, 58 x 45 mm (5/111), 56 x 40 mm on the prior (5/97)

Patent portal veins.

Bile ducts: No intra- or extra-hepatic dilation.

Gallbladder: No gallstones or wall thickening.

Pancreas: Normal.

Spleen: No splenomegaly

Adrenals: Normal adrenal glands.

Kidneys, ureters, urinary bladder: Kidneys and ureters appear normal. No
hydronephrosis.

Urinary bladder is thin walled and distended.

Reproductive organs: Prostate is enlarged.

Gastrointestinal tract: Normal appendix. No obstruction. Known primary
sigmoid mass is not well seen--underdistended colon.

Mesentery: Normal.

Peritoneum: No free air. No free fluid.

Retroperitoneum: No significant lymphadenopathy in the abdomen and pelvis.

Vasculature: Aorta and IVC appear normal.

Bones and soft tissue: There is mild degenerative change of the spine.

---

Finalized By

| Finalized by | Date/Time |
|---|---|
| CLARK, TOSHIMASA JAMES T, MD [10350] | 4/11/2024  9:06 PM |

23

5/1/24, 9:15 AM                                  Aoun, Ahmed (MRN 7241300)

## Signed by

| Signed | Time | Phone | Pager |
|--------|------|-------|-------|
| Clark, Toshimasa James, MD | 4/11/2024 21:06 | 720-848-7237 | |

## 🖹 Intra-procedure Documentation

View Intra-procedure Timeline

## ⚕ Imaging Contrast/Medications:

iopamidoL (ISOVUE-370) 370 mg iodine /mL (76 %) injection 80 mL
    Given: 80 mL Intravenous

## ⚕ Encounter Medications

Encounter Medications Report (as of 04/11/24)

## Order-Level Documents

No scanned documents

## Exam Information

| Status | Exam Begun | Exam Ended |
|--------|-----------|-----------|
| Final | 4/11/2024 15:59 | 4/11/2024 16:41 |

## Preliminary Report

Preliminary Result History

## Reviewed by

Davis, Sarah Lindsey, MD          4/12/2024 16:29

## Associated Diagnoses

Cancer of sigmoid colon (HC CODE)

Malignant neoplasm metastatic to liver (HC CODE)

## 🖩 Protocol Summary

Protocolled on 2/26/2024  9:34 AM MST by Kiehn, Mark E

| Protocols: | Chest/Abdomen/Pelvis with Contrast (Single Phase) |
|------------|----------------------------------------------------|
| Comments: | 350 FOV |
| Protocol Status | Add'l Instructions |

## External Result Report

External Result Report

## Order Report

🗎 Order Details

## Procedure Notes

No notes found.

## Routing History

| Priority | Sent On | From | To | Last Action |
|----------|---------|------|-----|-------------|
| | 4/11/2024 9:08 PM | Edi, Rad Results In | Davis, Sarah Lindsey, MD | Reviewed at 4/12/2024 4:29 PM |

### Detailed Action Log

| Date/Time | Action | Taken By |
|-----------|--------|----------|
| 4/12/2024 4:29 PM | Reviewed | Davis, Sarah Lindsey, MD |
| 4/12/2024 4:25 PM | Display | Davis, Sarah Lindsey, MD |

ZA

5/1/24, 9:15 AM                           Aoun, Ahmed (MRN 7241300)

## CT CHEST/ABD/PELV W CONTRAST                          Order: 999877710

Status: **Final result**   Visible to patient: **Yes (seen)**   Next appt: **Today at 01:00 PM in Oncology (Care team)**
Dx: **Cancer of sigmoid colon (HC CODE); Ma...**

### Details

Reading Physician                    Reading Date          Result Priority
Clark, Toshimasa James, MD           4/11/2024
📞720-848-7237

Narrative & Impression
EXAMINATION: CT OF THE CHEST, ABDOMEN, AND PELVIS WITH IV CONTRAST

DATE: 04/11/2024, 1641.

INDICATION: Colon cancer, assess treatment response

Was there a contrast reaction? No
Was there a contrast or saline extravasation? No.

TECHNIQUE: Transaxial images of the chest, abdomen, and pelvis were obtained from the apex of the lungs to the ischial tuberosity according to according to routine chest, abdomen, and pelvis protocol.

CONTRAST: Isovue 370
IMMEDIATE ADVERSE EVENT: None

COMPARISON: 2/1/24

FINDINGS:

CHEST:

Right sided implanted port, tip at cavoatrial junction.

Thyroid: No thyroid lesions.

Thoracic inlet: No adenopathy.

Mediastinum and hila: There is no significant mediastinal or hilar lymphadenopathy.

Heart and great vessels: The heart is normal in size. There are no significant coronary artery calcifications. No pericardial effusion. Great vessels are normal.

Lungs, airway, and pleura: Stable right upper lobe nodules, such as an elongated 11 mm nodule (901/26), 11 mm before with a similar axis.

No pleural effusion.

Breasts and axilla: Normal. No adenopathy.

ABDOMEN AND PELVIS:

Liver: Liver metastases are stable in number (at least 8 confluent lesions, both lobes), slightly larger. Two index lesions showing this:

- segment 2, 59 x 37 mm (5/95), 58 x 28 mm on the prior (5/86)
- segment 7, 58 x 45 mm (5/111), 56 x 40 mm on the prior (5/97)

Patent portal veins.

Bile ducts: No intra- or extra-hepatic dilation.

Gallbladder: No gallstones or wall thickening.

25

Pancreas: Normal.

Spleen: No splenomegaly

Adrenals: Normal adrenal glands.

Kidneys, ureters, urinary bladder: Kidneys and ureters appear normal. No hydronephrosis.

Urinary bladder is thin walled and distended.

Reproductive organs: Prostate is enlarged.

Gastrointestinal tract: Normal appendix. No obstruction. Known primary sigmoid mass is not well seen--underdistended colon.

Mesentery: Normal.

Peritoneum: No free air. No free fluid.

Retroperitoneum: No significant lymphadenopathy in the abdomen and pelvis.

Vasculature: Aorta and IVC appear normal.

Bones and soft tissue: There is mild degenerative change of the spine.

IMPRESSION:

Liver metastases are slightly larger over the interval. Stable right upper lung nodules, again possibly unrelated to the primary malignancy given that they haven't followed the size trend of the liver metastases in particular.

CONTACT INFORMATION:

_____

This exam was interpreted by a University of Colorado School of Medicine radiology physician. If there are any questions regarding this report or other radiology questions, please feel free to contact a radiologist directly at 720-848-RADS (7237) or if in the UCH hospital or clinics at 8-RADS.

Final Report E-Signed By: TOSHIMASA CLARK, MD at 4/11/2024 9:06 PM
WSN:RAD-D-C7KJZC3

Specimen Collected: 04/11/24 20:42                     Last Resulted: 04/11/24 21:06

⊡ Order Details   ⌇ View Encounter   𝕌 Lab and Collection Details   ⊠ Routing   ⟲ Result History

## Result Care Coordination

⚲ Patient Communication
_____

⊡ Released                                      ⚲ Seen

26